AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Trustees of the Newspaper Guild International Pension Fund

AND

The Newspaper Guild International Pension Fund

V.

El Vocero de Puerto Rico, Inc.

AND

Caribbean International News Corporation

SUMMONS IN A CIVIL CASE

CAS

Case: 1:08-cv-00608
Assigned To : Friedman, Paul L.
Assign. Date : 4/9/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

El Vocero de Puerto Rico, Inc.
206 Ponce de Leon Avenue
San Juan Puerto Rico, 00901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara L. Camens
Barr & Camens
1025 Connecticut Avenue, NW, Suite 712
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          APR - 9 2008

CLERK                              DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## District of Columbia

Trustees of the Newspaper Guild International Pension Fund

AND

The Newspaper Guild International Fund

V

El Vocero de Puerto Rico, Inc.

AND

Caribbean International News

SUMMONS IN A CIVIL CASE

Case: Num. 1:08-cv-00608

COMMONWEALTH OF PUERTO RICO ss: ROBERTO DIAZ, The undersigned, being duly sworn, deposes and says; Deponent is not a party herein, is over 18 years of age and resides in the Commonwealth of Puerto Rico.

That on **April 18, 2008** at **11:05 A.M.** Deponent served **El Vocero de Puerto Rico, a SUMMONS and COMPLAINT with a cover letter.**

☒ Papers served had endorsed thereon index # and date of filing.

**INDIVIDUAL**
☐ By delivering a true copy *of each* to said defendant personally,

1. ☒ At: **206 Ponce de Leon Avenue, San Juan, Puerto Rico 00901.**

**CORPORATION**
2. ☒ A corporation, by delivering thereat a true copy *of each* to: **Angel J. De Jesus,** personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be the **Controller** of the corporation authorized to receive summons of said corporation, thereof.

**Non-Service**
3. ☐ by delivering thereat a true copy *of each* to _____ of the defendant, a person of suitable age and discretion. Said premises is defendant's ☐ actual place of business ☐ dwelling place ☐ usual place of abode, ☐ last known address within the state.

COMMENTS: _____

**DESCRIPTION**
4. ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**MILITARY SERVICE**
5. ☐ I asked the person spoken to whether defendant was in active military service of the United States or of any other state in any capacity whatever and received a negative reply. The source of my information and grounds of my belief are the conversations and observations above narrated Upon information and belief I aver that the recipient is not in military service of any state or of the United States as that term is defined in either the State or in the Federal Statutes.

AFFIDAVIT No. 11737

*[signature]*
ROBERTO DIAZ
A PROCESS SERVER IN GOOD STANDING IN
THE COMMONWEALTH OF PUERTO RICO

SWORN to and subscribed before me this ____ day of **April 2008** by the affiant Roberto Diaz, married, property owner and resident of Toa Baja, Puerto Rico, who is personally known to me.

*[signature]*
NOTARY PUBLIC
My Commission is Ad Vitam