CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TRUSTEES OF THE NEWSPAPER GUILD
INT'L. PENSION FUND, et al.

| | | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:08-cv-00608 |
| EL VOCERO de PUERTO RICO, INC. | ) | |
| | ) | |
| CARIBBEAN INT'L. NEWS CORP. | ) | |
| | ) | |
| Defendant | | |

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____18th_____ day of _____April_____, _____2008_____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that _____ _____ _____ _____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk


By _____
Deputy Clerk

CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Trustees of the Newspaper Guild
International Pension Fund, et al.
_____
Plaintiff(s)


vs.                                                        Civil Action No. 1:08-cv-00608


El Vocero de Puerto Rico, Inc.
Caribbean Int'l. News Corp.
_____
Defendant(s)


## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __13th__ day of ____May____, __2008__, that I am the attorney
of record for the plaintiff in the above-entitled case; that the defendant(s)
El Vocero de Puerto Rico, Inc. & Caribbean Int'l. News Corp._____
was [were] (select one):

☒    personally served with process on April 18, 2008 _____.

☐    served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the
     District of Columbia on (date the return receipt was signed by addressee):_____.

☐    served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on
     (date the Acknowledgment Form was signed by addressee): _____.

☒    The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia
     is: ____ERISA 29 USC § 1132_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no
pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☒    no extension has been given and the time for filing has expired
☐    although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Barbara L. Camens
Barr & Camens
1025 Connecticut Ave., NW, Ste. 712
Washington, DC 20036
DC Bar No. 366776                                 202-293-9222
Bar Id. Number                                    Name, Address and Telephone Number