CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Trustees of the Newspaper Guild
International Pension Fund, et al.
    Plaintiff(s)

vs.

El Vocero de Puerto Rico, Inc.
Caribbean Int'l. News Corp.
    Defendant(s)

Civil Action No. 1:08-cv-00608

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __13th__ day of __May__, __2008__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) El Vocero de Puerto Rico, Inc. & Caribbean Int'l. News Corp. was [were] (select one):

☒ personally served with process on __April 18, 2008__.

☐ served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

☐ served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☒ The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __ERISA 29 USC § 1132__.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☒ no extension has been given and the time for filing has expired
☐ although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_/s/ Barbara L. Camens_
Attorney for Plaintiff(s) [signature]
Barbara L. Camens
Barr & Camens
1025 Connecticut Ave., NW, Ste. 712
Washington, DC 20036
202-293-9222

DC Bar No. 366776
Bar Id. Number

Name, Address and Telephone Number