Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Trustees of the Newspaper Guild International
Pension Fund, et al.,

    Plaintiff(s)

                          Civil Action No. 08-608 PLF

   v.

El Vocero De Puerto Rico, Inc. et al.,

    Defendant(s)

RE: DEFENDANTS:
EL VOCERO DE PUERTO RICO, INC.
and CARIBBEAN INTERNATIONAL NEWS CORPORATION

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 4/18/08, and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of May, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk