UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRUSTEES OF THE NEWSPAPER GUILD INTERNATIONAL PENSION FUND, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-608   (PLF) |
| EL VOCERO DE PUERTO RICO, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

Plaintiffs' verified complaint, an original summons and all attachments thereto were served on defendants on April 18, 2008. Affidavits of said service have been filed with the Court. On May 13, 2008, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendants are in default for failure to plead or otherwise defend this action. Plaintiffs have not yet filed a motion for entry of default judgment. Accordingly, it is hereby

ORDERED that plaintiffs shall file a motion for entry of default judgment on or before May 30, 2008.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 22, 2008