UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUSTEES OF THE NEWSPAPER GUILD
INTERNATIONAL PENSION FUND, *et al.*,

      Plaintiffs,

      v.                              Civil Action No. 08-608

EL VOCERO DE PUERTO
RICO, INC. *et al.*,

      Defendants.

**MOTION FOR EXTENSION OF TIME FOR FILING
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs, the Trustees of the Newspaper Guild International Pension Fund, et al., by and through their undersigned counsel, respectfully request an extension of time within which to file a Motion for Entry of Default Judgment from the existing deadline of May 30, 2008, through and including June 9, 2008. Plaintiffs seek this extension given that Quinn Philbin, the attorney primarily responsible for the litigation of this matter, is currently out of the country on a long scheduled vacation and will not return to the office until June 4, 2008. The requested extension is needed to permit Mr. Philbin sufficient time upon his return to prepare the pleading in question.

The undersigned unsuccessfully attempted to contact defendant by telephone on May 23, 2008 to obtain its consent to this motion; defendant has not responded to the telephone message left by counsel.

For the foregoing reasons, Plaintiffs respectfully request that the instant Motion be granted. A proposed Order is attached.

        Respectfully submitted,

        /s/   Barbara L. Camens
        Barbara L. Camens
        Bar No. 366776
        Barr & Camens
        1025 Connecticut Ave. N.W.
        Suite 712
        Washington, DC 20036
        202-293-9222
        202-293-6893 fax

## CERTIFICATE OF SERVICE

I hereby certify this 23d day of May 2008 that I caused to be served a copy of the attached Motion for Extension of Time and proposed Order by placing a copy of same in the United States Mail, first class postage prepaid, to:

        Miguel Roca, President
        El Vocero de Puerto Rico, Inc.
        Caribbean International News Corp., Inc.
        206 Ponce de Leon Avenue
        San Juan, Puerto Rico 00901

        /s/   Barbara L. Camens
        Barbara L. Camens

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRUSTEES OF THE NEWSPAPER GUILD
INTERNATIONAL PENSION FUND, *et al.*,

    Plaintiffs,

    v.                                  Civil Action No. 08-608

EL VOCERO DE PUERTO
RICO, INC. *et al.,*

    Defendants.

---

ORDER

    In consideration of Plaintiffs' Motion for Extension of Time for Filing Motion for Default Judgment, and this Court being duly advised in the premises, it is this _____ day of _____, 2008;

    ORDERED that plaintiff's motion shall be and hereby is granted; and it is further

    ORDERED that plaintiffs shall file a motion for entry of default judgment on or before June 9, 2008.

    SO ORDERED.

_____United States District Judge