## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TRUSTEES OF THE NEWSPAPER GUILD**
**INTERNATIONAL PENSION FUND,** *et al.***,**

          **Plaintiffs,**

          **v.**                               **Civil Action No. 08-608**

**EL VOCERO DE PUERTO**
**RICO, INC.** *et al.,*

          **Defendants.**

---

### MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs, Trustees of The Newspaper Guild International Pension Fund ["the Fund"] respectfully move for entry of judgment, by default, jointly and severally, against defendants El Vocero de Puerto Rico, Inc. and Caribbean International News Corporation, in the amount of $245,967.96.  This amount represents delinquent pension fund contributions through February 2008, interest, costs, attorneys fees and liquidated damages owed pursuant to the ERISA statute, 29 U. S. C. Section 1132(g)(2).

In support of this Motion, the Fund relies upon the attached Memorandum of Points and Authorities, the Unsworn Declaration of Barbara L. Camens, and the proposed Order.

Respectfully submitted,

_____/s/ Barbara L. Camens_____

Barbara L. Camens
Bar No. 366776
Barr & Camens
1025 Connecticut Ave. N.W.
Suite 712
Washington, DC 20036
202-293-9222
202-293-6893 fax

CERTIFICATE OF SERVICE

I hereby certify this 28th day of May 2008 that I caused to be served a copy of the attached Motion for Entry of Default Judgment, supporting Memorandum, Unsworn Declaration of Barbara L. Camens, and proposed Order by placing a copy of same in the United States Mail, first class postage prepaid, to:

Miguel Roca, President
El Vocero de Puerto Rico, Inc.
Caribbean International News Corp., Inc.
206 Ponce de Leon Avenue
San Juan, Puerto Rico 00901

_____/s/ Barbara L. Camens_____
Barbara L. Camens

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TRUSTEES OF THE NEWSPAPER GUILD**
**INTERNATIONAL PENSION FUND,** *et al.*,

        **Plaintiffs,**

      **v.**                                  **Civil Action No. 08-608**

**EL VOCERO DE PUERTO**
**RICO, INC.** *et al.*,

        **Defendants.**

---

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
### MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs, Trustees of The Newspaper Guild International Pension Fund ["the Fund"]

submit this Memorandum of Points and Authorities in support of their Motion for Entry of

Default Judgment.  Specifically, plaintiffs seek judgment by default, jointly and severally, against

defendants El Vocero de Puerto Rico, Inc.and Caribbean News Corporation, in the amount of

$245,967.96.  This amount represents the delinquent pension fund contributions owed through

February 2008, plus interest, costs, attorneys fees and liquidated damages owed pursuant to the

ERISA statute, 29 U. S. C. Section 1132(g)(2).

The Fund served its Complaint on defendants on April 18, 2008.  On May 13, 2008, the

Clerk of the Court for the United States District Court for the District of Columbia declared that

defendants were in default for failure to plead or otherwise defend this action.  The failure of

defendants to plead or otherwise defend entitles the Fund and its Trustees to a judgment by

default.  Rules 55(b)(2) F.R. Civ. P.

The elements of the default judgment sought by the Fund are as follows:

1.  <u>$ 191,490.00  in delinquent pension contributions for the period of July 2007 through February 2008</u>:  Defendants, as signatories to collective bargaining agreements requiring contributions to the Fund owe $191,490.00 in unpaid contributions for July through September 2007, November and December 2007 and January and February 2008.  Complaint, par. 1-11; Unsworn Declaration of Barbara L. Camens ["Camens Dec."]  Par. 5 and Exhibit A.

2.  <u>$ 9,873.96 in interest accruing on the delinquent pension contributions through May 30, 2008</u>:  Defendants owe interest on the above delinquency, accruing at the rates prescribed under Section 6621 of the Internal Revenue Code.  Complaint, par.9-10; Camens Dec. par. 6;

3.  <u>$ 820.00 in costs</u>:  Pursuant to the ERISA statute, 29 U.S.C. Section 1132(g)(2), defendants owe $ 820.00 in costs including court filing fees and process server fees.  Complaint, par. 9-10 ; Camens Dec.  par. 4;

4.  <u>$ 4,486.00 in attorneys fees</u>:  Defendants owe $4,486.00  for the attorneys fees incurred by the Fund in pursuing this delinquency action.  Complaint, par. 9-10; Camens Dec. par. 1-3;

5.  <u>$ 38,298.00 in liquidated damages</u>:  Pursuant to the ERISA statute, 29 U.S.C. Section 1132(g)(2), defendants owe $ 38,298.00 in liquidated damages, which equals 20% of the delinquency principal set out in paragraph 1 above.  Complaint, par.9-10; Camens Dec.  par. 7.

`

Respectfully submitted,


_____/s/   Barbara L. Camens_____

Barbara L. Camens
Bar No. 366776
Barr & Camens
1025 Connecticut Ave. N.W.
Suite 712
Washington, DC 20036
202-293-9222
202-293-6893 fax

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**TRUSTEES OF THE NEWSPAPER GUILD**
**INTERNATIONAL PENSION FUND,** *et al.*,

        **Plaintiffs,**

        **v.**                      **Civil Action No. 08-608**

**EL VOCERO DE PUERTO**
**RICO, INC.** *et al.,*

        **Defendants.**

---

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

Pursuant to 28 U.S.C. Section 1746 , I hereby swear, under the pains and penalties of

perjury, that the following is true and accurate to the best of my knowledge and belief:

1.  I am counsel of record in the above captioned matter, having served as counsel to the plaintiff

The Newspaper Guild International Pension Fund ["the Fund"] for more than twenty years.

Quinn Philbin, who is an associate at the firm of Barr & Camens, has also performed work on

behalf of the Fund in regard to the above captioned matter.

2.  The firm charges the following hourly billing rates to the Fund for legal services rendered:

Barbara L. Camens - $200.00; Quinn Philbin- $170.00.

3. I have spent a total of 12.4 hours in pursuing this matter as follows:

| | | |
|---|---|---|
| 4/8/2008: | Review and edit complaint | .8 |
| 4/11/2008: | Conf Quinn; further review of draft complaint | .7 |
| 4/17/200: | Conf Quinn re status of settlement negotiations with | |
| | Miguel Roca and attorney; discuss consent judgment | .4 |

-1-

| 4/28/2008: | Conf Quinn re status, service, corr with opposing counsel re consent judgment | .2 |
| 5/12/2008: | Conf with Quinn re entry of default | .2 |
| 5/14/2008 | Conf Quinn re default | .1 |
| 5/23/2008 | Review court order; prepare request for extension of time, proposed order; file with court | 1.8 |
| 5/26/2008 | Review court order denying extension request; corr Quinn Begin draft of motion for default judgment; review file and supporting documents | 2.2 |
| 5/27/2008 | Prepare motion for default judgment; Tc Scott Bush re current delinquency; Tc accountant re calculation of interest; review governing documents; prepare unsworn declaration re attorneys fees; determine Quinn Philbin fees and court costs; draft proposed order, memorandum | 3.6 |
| 5/28/2008 | Tc Scott Bush; final preparation of motion, order, memo, declaration; court filing | 2.4 |
| | Total hours | 12.4 |

Quinn Philbin has spent 11.8 hours in pursuing this matter:

| 4/4/2008: | Work on complaint | 1.0 |
| 4/7/2008: | Work on complaint; Tc with Fund re complaint | 1.6 |
| 4/8/2008: | Complete draft of complaint | 3.1 |
| 4/10/2008: | Tc Clerk re filing; conf BLC | .4 |
| 4/11/2008: | Work on serving complaint through process server; Tc opposing counsel; research corporate status of Defendant CINC | 1.5 |
| 4/16/2008: | Tc Miguel Roca and Fund re potential settlement | .7 |
| 4/17/2008: | Draft Consent Judgment; conf BLC; Tc opposition | .8 |
| 4/28/2008: | Conf opposing counsel, BLC | .3 |
| 5/13/2008 | Draft Motion for Entry of default; research re rules and procedure | 2.1 |
| 5/14/2008 | Draft corr to employer and attorney re default | .3 |
| | Total hours | 11.8 |

Thus the total attorneys fees incurred to date by the Fund are $4,486.00.

4. The Fund has incurred $820.00 in costs in pursing this action, including $350 in filing fees and $ 470.00 in process server fees.

5.   Contributing employers are required to report the amount of pension contributions they owe to the Fund each month on Remittance Reports.  At the time the lawsuit was filed in this matter, Defendants had failed to submit remittance reports for February 2008.  However, in mid-April, the Fund received from defendants a remittance report for that month.  That report, which was submitted without a pension contribution, is attached as Exhibit A, and indicates that defendants owe  $24,510.00 in pension contributions for February 2008. Thus, the total principal delinquency through February 2008 is $191,490.00.

6.  Pursuant to the ERISA statute, 29 U.S.C. Section 1132(g)(2), and the governing documents of the Fund, interest accrues on pension delinquencies at the fluctuating IRS interest rate in accordance with Section 6621 of the Internal Revenue Code.  The interest owed on the outstanding pension delinquencies of $ 191,490.00, accruing through May 30, 2008, amounts to $9,873.96.

7.  The same provision of the ERISA statute mandates the assessment of liquidated damages in any delinquency action, in the amount of the interest owed or 20% of the delinquent principal, whichever is greater.  Here, defendants owe $38,298.00 in liquidated damages, which represents 20% of the outstanding delinquent principal.

I swear and certify, under the pains and penalties of perjury, that the following is true and

accurate to the best of my knowledge and belief.

_____/s/_____

Barbara L. Camens


Executed on May 28, 2008.

# EXHIBIT A



March 31, 2008

RECEIVED
APR 1 0 2008

Scott Bush
Assistant to the Trustees
The Newspaper Guild
International Pension Fund

Dear Mr. Bush:

Enclose find copy of Pension Fund Remittance Report for the month of

FEBRUARY 2008

If further information is needed, please contact me at (787)721-2300 or
e-mail vperez@vocero.com.

Cordially,

Violeta Pérez
Caribbean International News

---

PO Box 9067515, San Juan, P.R. 00906-7515 / Ponce de León 206, Puerta de Tierra, San Juan, P.R. 00901
Tel. (787) 622-2300 / Fax: (787) 722-0131



# Remittance Report
**Newspaper Guild Int'l Pension**
Contact: Scott Bush
501 Third St. NW
6th Floor Washington, DC 20001
Phone:888-893-3850    Fax:202-434-1472

| REPORT MONTH | REPORT NUMBER |
|---|---|
| FEB 2008 | 3007 |

**TERMS AND CONDITIONS**
Due last day of the month following the last payroll period covered by the report.

**CONTRACTOR**
NUMBER: T2250001
PHONE:     787-721-2300
FAX:         787-722-0131

El Vocero
Roca, Miguel
P.O. Box 9067515
San Juan, PR 00906-7515

# Remittance Report

**Newspaper Guild Int'l Pension**
Contact Scott Bush
501 Third St. NW
6th Floor Washington, DC 20001
Phone: 888-893-3650    Fax: 202-434-1472

| REPORT MONTH | REPORT NUMBER |
|---|---|
| FEB 2008 | **3007** |

**TERMS AND CONDITIONS**
Due last day of the month following the last payroll period covered by the report.

**CONTRACTOR**
NUMBER: T2250001
PHONE:    787-721-2300
FAX:       787-722-0131

El Vocero
Roca, Miguel
P.O. Box9067515
San Juan, PR 00906-7515





# Remittance Report
### Newspaper Guild Int'l Pension
Contact: Scott Bush
501 Third St. NW
6th Floor
Washington, DC 20001
Phone: 888-893-3650  Fax:202-434-1472

El Vocero
Roca, Miguel
P.O. Box9067515
San Juan, PR 00906-7515

| REPORT MONTH | REPORT NUMBER |
|---|---|
| FEB 2008 | **3007** |

**TERMS AND CONDITIONS**
Due last day of the month following the last
payroll period covered by the report.

**CONTRACTOR**
NUMBER: T2250001
PHONE:    787-721-2300
FAX:       787-722-0131



96

P.5

# Remittance Report

**Newspaper Guild Int'l Pension**

Contact: Scott Bush
501 Third St. NW
6th Floor Washington, DC 20001
Phone: 888-893-3650    Fax: 202-434-1472

| | |
|---|---|
| REPORT MONTH | REPORT NUMBER |
| FEB 2008 | 3007 |

TERMS AND CONDITIONS
Due last day of the month following the
last payroll period covered by the repor

CONTRACTOR
NUMBER: T2250001 PHONE.
787-721-2300 FAX:        787-722-0131

El Vocero
Roca, Miguel
P.O. Box 906751 5
San Juan, PR 00906-7515



Perez Guzman, Albert        02/01/08-02/29/08    4



P.6

# Remittance Report

**Newspaper Guild Int'l Pension**
Contact: Scott Bush
501 Third St. NW
6th Floor
Washington, DC 20001
Phone: 888-893-3650    Fax 202-434-1472

El Vocero
Roca, Miguel
P.O. Box 9067515
San Juan, PR 00906-7515

| FEB 2008 | | 3007 |
|---|---|---|

**TERMS AND CONDITIONS**
Due last day of the month following the
last payroll period covered by the repor

**CONTRACTOR**
NUMBER: T2250001
PHONE.    787-721-2300
FAX:      787-722-0131

P.7

# Remittance Report

| | |
|---|---|
| REPORT MONTH | REPORT NUMBER |
| FEB 2008 | **3007** |

**Newspaper Guild Int'l Pension**
Contact Scott Bush
501 Third St. NW
6th Floor
Washington, DC 20001 2
Phone. 888-893-3650    Fax:202-434-147

**TERMS AND CONDITIONS**
Due last day of the month following the
last payroll period covered by the report

CONTRACTOR
NUMBER: T2250001
PHONE:    787-721-2300
FAX.       787-722-0131

El Vocero
Roca, Miguel
P.O. Box9067515
San Juan, PR 00906-7515

| | | RATE TYPE | DATES | Week (Weeks) | | | | |
|---|---|---|---|---|---|---|---|---|
| ▉ | | | | | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | EMPLOYEE | 08/01/07-8/31/07 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |
| ▉ | ▉ | Employee | 02/01/08-02/29/08 | 4 | | | | |

16



P.8

# Remittance Report

**Newspaper Guild Int'l Pension**
Contact: Scott Bush
501 Third St. NW
6th Floor
Washington, DC 20001
Phone: 888-893-3650    Fax:202-434-1472

El Vocero
Roca, Miguel
P.O. Box 9067515
San Juan, PR 00906-7515

| | REPORT MONTH | REPORT NUMBE |
|---|---|---|
| | FEB 2008 | **3007** |

**TERMS AND CONDITIONS**
Due last day of the month following the
last payroll period covered by the report

**CONTRACTOR**
NUMBER: T2250001
PHONE    787-721-2300
FAX:       787-722-0131

| SSN | EMPLOYEE NAME | RATE TYPE | DATES | Week (Weeks) | | | | |
|---|---|---|---|---|---|---|---|---|
| | Roman Mercado, Alex | Employee | 02/01/08-02/29/08 | 4 | | | | |
| | Roman Ruiz, Carlos | Employee | 02/01/08-02/29/08 | 4 | | | | |
| | Rosado Marrero, Ricardo | | 02/01/08-02/29/08 | 4 | | | | |
| | | | | | | | | |
| | | Employee | | | | | | |
| | | Employee | 9/08 | | | | | |
| | | | /08-02/29/08 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | 9/08 | | | | | |
| | | | | | | | | |
| | | | 02 | | | | | |
| | | | /08-02/29/08 | | | | | |
| | | | 02/ | | | | | |
| | | | 29/08 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | /08-0 | | | | | |



# Remittance Report

**Newspaper Guild Int'l Pension**
Contact: Scott Bush
501 Third St. NW
6th Floor
Washington, DC 20001
Phone: 888-893-3650    Fax:202-434-1472

El Vocero
Roca, Miguel
P.O. Box 9067515
San Juan, PR 00906-7515

| REPORT MONTH | REPORT NUMBER |
|---|---|
| FEB 2008 | **3007** |

**TERMS AND CONDITIONS**
Due last day of the month following the
last payroll period covered by the report.

**CONTRACTOR**
NUMBER: T2250001
PHONE:    787-721-2300
FAX:    787-722-0131

| | Week (Weeks) | | | | |
|---|---|---|---|---|---|
| | 02/01/08 | | | | |
| | 02/01/08-02/29/08 | | | | |
| TOTAL: | 817 | | | | |

# Remittance Report

|  | REPORT MONTH | REPORT 3007 |
|---|---|---|
|  | FEB 2008 | |

TERMS AND CONDITION

**Due last day of the month follow
covered by the report.**

**Newspaper Guild Int'l Pension**
Contact: Scott Bush
501 Third St. NW
8th Floor
Washington, DC 20001
Phone: 888-893-3650    Fax: 202-434-1472

CONTRACTOR

| NUMBER: | T2250001 |
|---|---|
| PHONE: | 787-721-2300 |
| FAX: | 787-722-0131 |

El Vocero
Roca, Miguel
P.O. Box9067515
San Juan, PR 00908-7515

| Week | | |
|---|---|---|
| WEEKS x AMOUNT | | |
| **EMPLOYEE** | | EFFECTIVE: 05/01/2005 |
| Pension | $30.00 | |
| **ADJUSTMENTS** | | |
| LIQUIDATED DAMAGES | | |
| **SUBTOTALS** | | |
| TOTAL REMITTANCE | : $24,510.00 | |

Remember Failure to remit contributions when due is a breach of your collective bargaining agreement and can result in the same action as would be taken for fa
wages when due

| SIGNATURE: MIGUEL ROCA | | TITLE: | PRESIDENT |
|---|---|---|---|

Page: 10

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TRUSTEES OF THE NEWSPAPER GUILD**
**INTERNATIONAL PENSION FUND,** *et al.***,**

        **Plaintiffs,**

        **v.**                           **Civil Action No. 08-608**

**EL VOCERO DE PUERTO**
**RICO, INC.** *et al.*,

        **Defendants.**

---

## ORDER AND JUDGMENT

In consideration of the Motion for Entry of Judgment by default submitted by Plaintiffs, Trustees of The Newspaper Guild International Pension Fund ["the Fund"],  and this Court being duly advised in the premises, it is this _____ day of _____, 2008

        ORDERED that Plaintiffs' Motion shall be and hereby is GRANTED; and it is further

        ORDERED that Judgment is hereby entered by default against defendant El Vocero de Puerto Rico, Inc. and Caribbean News Corporation, jointly and severally,  in the amount of $245,967.96 , which represents the following amounts owed pursuant to the ERISA statute, 29 U.S.C. Section 1132(g)(2):

1. $ 191,490.00 in delinquent pension fund contributions owed through February 2008;

2. $ 9,873.96 in  interest owing out the delinquent principal, accruing through May 30, 2008;

3. $ 820.00 in costs;

4.  $ 4,486.00 in  attorneys fees accruing through May 30, 2008;

5.  $ 38,298.00 in liquidated damages owed pursuant to the ERISA statute, 29 U.S. C.

    Section 1132(g)(2).

Defendants shall pay the costs of enforcement of this Judgment, including any attorneys fees or

court costs reasonably incurred.  Defendant shall submit documentation of such additional

enforcement costs at the time of enforcement.

    SO ORDERED.


    _____

    UNITED STATES DISTRICT JUDGE