**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TRUSTEES OF THE NEWSPAPER GUILD INTERNATIONAL PENSION FUND, *et al.* | ) ) ) | Civil Action No. 08-608 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| EL VOCERO DE PUERTO RICO, INC., *et al.* | ) ) ) | |

**NOTICE OF APPEARANCE AND REQUEST
<u>FOR STAY OF THE PROCEEDINGS</u>**

**TO:**   The Honorable Paul L. Friedman,
         United States District Judge

COME NOW CARIBBEAN INTERNATIONAL NEWS CORPORATION and EL VOCERO DE PUERTO RICO, INC. (collectively, the "Defendants") , and respectfully request and allege:

1. The Defendants, pursuant to all applicable rules of the Fed.R.Civ.P. and the Local Rules of this Honorable Court, respectfully requests that it be served by all of the parties in this proceeding and other parties in interest in this proceeding with all pleadings, motions, orders, and other documents filed in the above-captioned case, at the following address:

**Stuart A. Weinstein-Bacal
WEINSTEIN-BACAL & MILLER, P.S.C.
González-Padín Building, Penthouse
154 Rafael Cordero Street, Plaza de Armas
Old San Juan, Puerto Rico 00901
email: swb@w-bmlaw.com
and
Telephone: (787) 977-2550
Fax: (787) 977-2559**

2. Counsel for the parties have spoken; a framework for settlement has been established, and Defendants believe that settlement can be reached expeditiously.

3. Defendants' counsel have been in communication with the Defendants, and are diligently working on a settlement offer acceptable to Plaintiffs, which Defendants believe they can achieve in approximately thirty (30) days, that is, until July 7, 2008.

WHEREFORE, the Defendants respectfully request that this Honorable Court take notice of the foregoing and stay the proceedings until July 7, 2008.

RESPECTFULLY SUBMITTED from San Juan, Puerto Rico, on June 4, 2008.

IT IS HEREBY CERTIFIED that on this date the foregoing Notice of Appearance and Request for Stay of the Proceedings was electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to the attorneys subscribed to the service.

> WEINSTEIN-BACAL & MILLER, P.S.C.
> González-Padín Building, Penthouse
> 154 Rafael Cordero Street, Plaza de Armas
> Old San Juan, Puerto Rico 00901
> Telephone: (787) 977-2550
> Telecopier: (787) 977-2559
>
> By:   S/STUART A. WEINSTEIN-BACAL
>       Stuart A. Weinstein-Bacal
>       U.S.D.C. No. 204208
>       Email: swb@w-bmlaw.com