IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TRUSTEES OF THE NEWSPAPER GUILD<br>INTERNATIONAL PENSION FUND, *et al.*<br><br>Plaintiffs,<br><br>       v.<br><br>EL VOCERO DE PUERTO RICO, INC., *et al.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 08-608 |

## MOTION FOR STAY OF THE PROCEEDINGS

**TO:   The Honorable Paul L. Friedman,**
**United States District Judge**

COME NOW CARIBBEAN INTERNATIONAL NEWS CORPORATION and EL VOCERO DE PUERTO RICO, INC. (collectively, the "Defendants") , and, pursuant to this Honorable Court's Notice of June 5, 2008 (no Docket number), respectfully request and allege:

1. Counsel for the parties have spoken; a framework for settlement has been established, and Defendants believe that settlement can be reached expeditiously.

2. Defendants' counsel have been in communication with the Defendants, and are diligently working on a settlement offer acceptable to Plaintiffs, which Defendants believe they can achieve in approximately thirty (30) days, that is, by July 7, 2008.

WHEREFORE, the Defendants respectfully request that this Honorable Court take notice of the foregoing and stay the proceedings until July 7, 2008.

RESPECTFULLY SUBMITTED from San Juan, Puerto Rico, on June 9, 2008.

IT IS HEREBY CERTIFIED that on this date the foregoing Motion for Stay of the Proceedings was electronically filed with the Clerk of the Court using the CM/ECF System

which will send notification of said filing to the attorneys subscribed to the service.

        WEINSTEIN-BACAL & MILLER, P.S.C.
González-Padín Building, Penthouse
154 Rafael Cordero Street, Plaza de Armas
Old San Juan, Puerto Rico 00901
Telephone: (787) 977-2550
Telecopier: (787) 977-2559


By:   S/STUART A. WEINSTEIN-BACAL
      Stuart A. Weinstein-Bacal
      U.S.D.C. No. 204208
      Email: swb@w-bmlaw.com