UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRUSTEES OF THE NEWSPAPER GUILD INTERNATIONAL PENSION FUND, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 08-608   (PLF) |
| EL VOCERO DE PUERTO RICO, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

The Court has before it plaintiffs' Motion for Entry of Default Judgment. Plaintiffs' verified complaint, an original summons and all attachments thereto were served on defendants on April 18, 2008.  Affidavits of said service have been filed with the Court.  On May 13, 2008, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendants are in default for failure to plead or otherwise defend this action. Defendants are not infants or incompetent persons.  Plaintiffs seek $245,967.96, an amount which represents allegedly delinquent pension fund contributions owed through February 2008, as well as interest, costs, attorneys' fees and liquidated damages, all pursuant to 29 U.S.C. § 1132(g)(2).  Upon consideration of the foregoing, it is hereby

ORDERED that defendants show cause by July 7, 2008 why the Court should not enter a default judgment in favor of the plaintiffs.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 17, 2008