IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUSTEES OF THE NEWSPAPER GUILD INTERNATIONAL PENSION FUND, *et al.* <br> Plaintiffs, <br><br> v. <br><br> EL VOCERO DE PUERTO RICO, INC., *et al.* <br><br> Defendants. | Case No. 1:08-cv-00608 |

**NOTICE OF SERVICE OF PROCESS**

Plaintiffs, Trustees of the Newspaper Guild International Pension Fund and the Newspaper Guild International Pension Fund, respectfully notify the Court that Defendants, El Vocero de Puerto Rico, Inc. and Caribbean International News Corp., have been properly served in this matter. Plaintiffs attach hereto the Affidavits of Service, documenting service of the Summons and Complaint upon Angel J. De Jesus, the Controller of both Defendants.

Respectfully Submitted,

_____/s/_____
Barbara L. Camens
DC Bar No. 366776
Barr & Camens
1025 Connecticut Ave., NW, Ste. 712
Washington, D.C. 20036
202 293 9222 (p)
202 293 6893 (f)
bcamens@barrcamens.com

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
## District of Columbia

Trustees of the Newspaper Guild International Pension Fund
AND
The Newspaper Guild International Fund

SUMMONS IN A CIVIL CASE

V

Case: Num. 1:08-cv-00608

El Vocero de Puerto Rico, Inc.
AND
Caribbean International News

COMMONWEALTH OF PUERTO RICO ss: ROBERTO DIAZ, The undersigned, being duly sworn, deposes and says; Deponent is not a party herein, is over 18 years of age and resides in the Commonwealth of Puerto Rico.

That on **April 18, 2008** at **11:06 A.M.** Deponent served **Caribbean International News Corporation, a SUMMONS and COMPLAINT with a cover letter.**
☒ Papers served had endorsed thereon index # and date of filing.

**INDIVIDUAL**
☐ By delivering a true copy *of each* to said defendant personally,

1.☒ At: **206 Ponce de Leon Avenue, San Juan, Puerto Rico 00901.**

**CORPORATION**
2.☒ A corporation, by delivering thereat a true copy *of each* to: **Angel J. De Jesus**, personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be the **Controller** of the corporation authorized to receive summons of said corporation, thereof.

**Non-Service**
3.☐ by delivering thereat a true copy *of each* to _____ of the defendant, a person of suitable age and discretion. Said premises is defendant's ☐actual place of business ☐dwelling place ☐ usual place of abode, ☐ last known address within the state.

**COMMENTS:** _____

**DESCRIPTION**
4. ☒
☒Male  ☒White Skin  ☐Black Hair  ☐White Hair  ☐14-20 Yrs.  ☐Under 5'  ☐Under 100 Lbs.
☐Female ☐Black Skin ☐Brown Hair ☐Balding    ☐21-35 Yrs. ☐5'0"-5'3" ☐100-130 Lbs.
        ☐Yellow Skin ☐Blonde Hair ☐Mustache  ☐36-50 Yrs. ☐5'4"-5'8" ☒131-160 Lbs.
        ☐Brown Skin  ☒Gray Hair   ☐Beard     ☒51-65 Yrs. ☒5'9"-6'0" ☐161-200 Lbs.
        ☐Red Skin    ☐Red Hair    ☒Glasses   ☐Over 65 Yrs. ☐Over 6' ☐Over 200 Lbs.
Other identifying features:

**MILITARY SERVICE**
5.☐ I asked the person spoken to whether defendant was in active military service of the United States or of any other state in any capacity whatever and received a negative reply. The source of my information and grounds of my belief are the conversations and observations above narrated Upon information and belief I aver that the recipient is not in military service of any state or of the United States as that term is defined in either the State or in the Federal Statutes.

AFFIDAVIT No. 11738

_____
ROBERTO DIAZ
A PROCESS SERVER IN GOOD STANDING IN
THE COMMONWEALTH OF PUERTO RICO

SWORN to and subscribed before me this _____ day of **April 2008** by the affiant Roberto Diaz, married, property owner and resident of Toa Baja, Puerto Rico, who is personally known to me.

_____
NOTARY PUBLIC
My Commission is Ad Vitam

# UNITED STATES DISTRICT COURT
## District of Columbia

Trustees of the Newspaper Guild International Pension Fund

AND

The Newspaper Guild International Fund

SUMMONS IN A CIVIL CASE

V

Case: Num. 1:08-cv-00608

El Vocero de Puerto Rico, Inc.

AND

Caribbean International News

COMMONWEALTH OF PUERTO RICO ss: ROBERTO DIAZ, The undersigned, being duly sworn, deposes and says; Deponent is not a party herein, is over 18 years of age and resides in the Commonwealth of Puerto Rico.

That on **April 18, 2008** at **11:05 A.M.** Deponent served **El Vocero de Puerto Rico**, **a SUMMONS and COMPLAINT with a cover letter.**

☒ Papers served had endorsed thereon index # and date of filing.

**INDIVIDUAL**
☐ By delivering a true copy *of each* to said defendant personally,

1. ☒ At: **206 Ponce de Leon Avenue, San Juan, Puerto Rico 00901.**

**CORPORATION**
2. ☒ A corporation, by delivering thereat a true copy *of each* to: **Angel J. De Jesus**, personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be the **Controller** of the corporation authorized to receive summons of said corporation, thereof.

**Non-Service**
3. ☐ by delivering thereat a true copy *of each* to _____ of the defendant, a person of suitable age and discretion. Said premises is defendant's ☐actual place of business ☐dwelling place ☐ usual place of abode, ☐ last known address within the state.

COMMENTS: _____

**DESCRIPTION**
4. ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features: _____

**MILITARY SERVICE**
5. ☐ I asked the person spoken to whether defendant was in active military service of the United States or of any other state in any capacity whatever and received a negative reply. The source of my information and grounds of my belief are the conversations and observations above narrated Upon information and belief I aver that the recipient is not in military service of any state or of the United States as that term is defined in either the State or in the Federal Statutes.

AFFIDAVIT No. 11737

_Roberto Diaz_ (signature)
ROBERTO DIAZ
A PROCESS SERVER IN GOOD STANDING IN
THE COMMONWEALTH OF PUERTO RICO

SWORN to and subscribed before me this _____ day of **April 2008** by the affiant Roberto Diaz, married, property owner and resident of Toa Baja, Puerto Rico, who is personally known to me.

NOTARY PUBLIC
My Commission is Ad Vitam